# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| JENNIFER MEREDITH and PEGGY PARVIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| MERCK & CO., INC., | ) ) ) |
| Defendant. | ) |

Case No.: 3:07cv141-MPM-EMB

**JURY TRIAL DEMAND**

## ORDER GRANTING STAY PENDING TRANSFER DECISION
## BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS CAUSE came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from Vioxx®. The Court, having considered the motion and the entire record in the cause finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

This, the 4th day of December, 2007.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE